■ RINPARK REALTY, INC., Respondent, v. IBRON, INC., et al., Appellants.— Judgment, so far as appealed from, unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ MARGARET O'BRIEN et al., Respondents v. I. HOWARD LEHMAN et al., as Trustees in Reorganization of Surface Transportation Corporation of New York, et al., Appellants, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ DAVID BERKE, an Infant, by DORIS BERKE, His Guardian ad Litem, Appellant, v. JAMES W. MOORE et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ. [See post, p. 1004.]

■ In the Matter of the Arbitration between AMEROTRON CORPORATION, Appellant, and MAXWELL SHAPIRO WOOLEN COMPANY, INC., Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. By all of its actions respecting its claim of fraud inducing the contract, including its complaint in the Massachusetts action, respondent failed to rescind the contract and elected to recognize the contract and claim damages for the fraud. Such a claim was arbitrable and should have been arbitrated under the contract. There is no basis for relieving respondent of its deliberate default in the arbitration proceeding, and there is no surviving question as to the existence of the contract. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ In the Matter of CHELSEA-MOORE CORPORATION, Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.